# EXHIBIT "G"

IN THE COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY, PENNSYLVANIA

DAWN AND WALTER GOLAS :
 :
  v. : 2023-17141
 :
AARON BLISS :

**AMENDED ORDER**

AND NOW, this ___ day of _____, 2026, upon consideration of Plaintiffs' Motion

for Delay Damages and any response thereto, it is hereby ORDERED and DECREED that the

Motion is GRANTED and that amount of $18,449.53 is added to the amount of the verdict in favor

of the Plaintiffs for a total verdict in the amount of $199,724.92.

JUDGMENT in the amount of $199,724.92 is hereby entered in favor of the Plaintiffs,

Dawn and Walter Golas and against the Defendant, AARON BLISS.

_____ J.

Case# 2023-17141-46 Docketed at Montgomery County Prothonotary on 03/09/2026 12:36 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

RULE 236 NOTICE PROVIDED ON 03/09/2026